12 cv 570

In the Name of Allah Most Gracious, Most Merciful                    10·15·12

Re: I am being charged for 3 lawsuits when I only filed two & my first has not been served

FILED
SCRANTON

OCT 18 2012

PER ____S/____
      DEPUTY CLERK

Lynda Hannick / Deputy Clerk

How are you? I am writing because I have two major issues I need your help with.

1. On 3·26·12 I filed a lawsuit against Dauphin County Prison complaining of the constitutional violations regarding the way muslim inmates & Islaam is treated in this institution. I was given a case number 3:12-cv-570. After I received that case number the other plaintiff (Bradly J. Gwin) & I heard nothing else except that I hadn't sent an authorization page.

2. I haven't heard anything since April, 2012 & it is now October 15, 2012. Mr. Gwin was released on 5·21·12 & we've lost contact. This is my third letter concerning this matter & the defendants have not yet been served. Can you please tell me why? All administrative remedies have been exhausted.

3. On 9·26·12 I filed a lawsuit regarding a sexual harassment complaint as the main subject among a list of other things. I sent two copies of my lawsuit to your office. One copy for you (the clerk) & then one for the Judge. But I have been given two case numbers; 3:12-cv-1960 & 3:12-cv-1961. I have served the defendants according to the Federal Rules of Civil Procedure 5 (b)(2)(A) & (B)(1) under case no. 3:12-cv-1961. I have only filed two Civil Actions in the Middle District. Those numbers are 3:12-cv-570 & 3:12-cv-1961.

4. I have enclosed the Administrative Order directing the prison to deduct funds from my

prison account for case no. 3:12-cv-1960 for proof to you along with the Administrative Order for the action no. 3:12-cv-1961 which is the no. I am going to use. Can you please make the correction because I got a money order last week & $30.00 was taken instead of $20.

5. I greatly appreciate your time & look forward to your assistance & response. Thank you

DCP#: 73716

Truly,
Eq A. J
Equan A. Jones

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

*I am using this ↓*

JONES v. RUQUET, ET AL     :CASE NUMBER: (3:12-CV-1961)

**INMATE:**   EQUAN A. JONES
               PRISONER ID#: 73716

## ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for the action is $350.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $350.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits in the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to

set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full. Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk. Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

> U.S. District Court
> P.O. Box 1148
> Scranton, PA 18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution. This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

> MARY E. D'ANDREA
> Clerk of Court
>
>
> s/Lynda Hannick
> Deputy Clerk

DATE: 10/3/12


WARDEN'S OFFICE
RECEIVED
OCT 0 4 2012
DAUPHIN COUNTY PRISON

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

*I am not using this* ↓

JONES v. RUQUET, et al    :CASE NUMBER: (3:12-CV-1960)

**INMATE:**   EQUAN A. JONES
PRISONER ID#: 73716

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for the action is $350.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $350.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits in the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and owing the Court, the Superintendent/Warden in any institution where the inmate is incarcerated is required by law to

set aside and remit on a monthly basis 20 percent of the preceding month's deposits credited to the prisoner's account until the filing fee has been paid in full. Each time a deposit is made to the inmate's account, the Superintendent/Warden shall set aside the deposit immediately before any disbursement is made by the inmate, until an amount equal to 20 percent of the previous month's deposits is obtained. When the 20 percent amount is obtained, it shall be transmitted in one monthly payment to the Clerk. Each payment shall be clearly identified by the name of the prisoner and the number assigned to this action.

Payments must be made payable to "Clerk, U.S. District Court" and transmitted to:

>U.S. District Court
>P.O. Box 1148
>Scranton, PA 18501-1148

In the event the plaintiff is transferred to a different correctional facility before the full filing fee is paid, you must forward this Administrative Order to the Superintendent/Warden of the receiving institution. This Order will be binding on the Superintendent/Warden of any correctional facility where the prisoner is incarcerated until the filing fee is paid in full.

>MARY E. D'ANDREA
>Clerk of Court


>s/Lynda Hannick
>Deputy Clerk

DATE: 10/1/12

WARDEN'S OFFICE
RECEIVED
OCT 0 4 2012
DAUPHIN COUNTY PRISON

Name Equan A. Jones
D.C.P. # 73716
Dauphin County Prison
501 Mall Road
Harrisburg, PA 1711

OCT 18 2012

United States District Court c/o Lynda Deputy Hannah Clerk
for the District of Pennsylvania
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

18501114848